STATE OF NEW JERSEY v. HUGH STORY.

March 11, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. WADE J. TURNER.

March 11, 1980.

Petition for certification granted.

STATE OF NEW JERSEY v. WILLIE J. ALSTON.

March 11, 1980.

Petition for certification denied.